

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00587-CV

**IN THE INTEREST OF B.T.K., A CHILD**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00374
Honorable Peter Sakai, Judge Presiding

## O R D E R

The State's brief was due on December 16, 2019. *See* TEX. R. APP. P. 38.6(b). The next day, the State filed a first motion for a twenty-day extension of time to file its brief.

The State's motion is GRANTED. The State's brief is due on January 6, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court